ACCEPTED
15-25-00173-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/2/2025 4:34 PM
CHRISTOPHER A. PRINE
CLERK

**NO. 15-25-00173-CV**

FILED IN
15TH COURT OF APPEALS
AUSTIN, TEXAS
12/2/2025 4:34:20 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE FIFTEENTH DISTRICT COURT OF APPEALS OF TEXAS
AT AUSTIN, TEXAS**

**ENCOTECH CONSULTING ENGINEERS, INC.,**

**Appellant,**

**v.**

**IAN MIRAMON AND CAROLINE MIRAMON,**

**Appellees.**

**On Interlocutory Appeal From the District Court of
Travis County, Texas, Cause No. D-1-GN-001130;
The Honorable Laurie Eiserloh, Presiding Judge**

**APPELLEES IAN MIRAMON AND CAROLINE MIRAMON'S
FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF APPELLEES**

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

Appellees Ian Miramon and Caroline Miramon file this First Unopposed Moton for Extension of Time to File Brief of Appelles as follows:

1.      Appellant Encotech Consulting Engineers, Inc. ("Encotech") filed its Brief of Appellant on November 19, 2025, after extension of time. The Brief of Appellees is due to be filed on or before Tuesday, December 9, 2025.

2. Appellees seek a first extension of time of 30 days to Thursday, January 8, 2026, to file the Brief of Appellees. This 30 day extension of time to file the Brief of Appellees is unopposed.

3. Appellate counsel for Appellees responsible for preparing and filing the Brief of Appellees is Vincent L. Marable III. Mr. Marable was out of his office from Tuesday, November 25, 2025, to Sunday, November 30, 2025, for the Thanksgiving Holiday.

4. Mr. Marable prepared and filed a reply in support of petition for writ of mandamus on Monday, December 1, 2025, in No. 25-0811; In re Thomas Petroleum Holdings, LLC, C.L. Thomas, Inc., C.L. Thomas Holdings Investments, LLC and Clifton L. Thomas, Jr.; in the Supreme Court of Texas.

5. Mr. Marable has been assisting in preparing the motion for rehearing in No. 14-23-00923-CV; San Jacinto River Authority v. Thomas E. and Beth F. Ross, et al., in the Fourteenth Court of Appeals of Houston, Texas, which motion for rehearing was due to be filed on Monday, December 1, 2025, and for which a second motion for extension of time to file motion for rehearing has been filed.

6. Mr. Marable is responsible for filing the Brief of Appellees in No. 15-25-00178-CV; PGAL, Inc. v. Ian Miramon and Caroline Miramon; in the Fifteenth Court of Appeals of Texas at Austin, Texas, due to be filed on

Tuesday, December 9, 2025, and as to which Appellees will be seeking a 30 day extension of time.

7.      Mr. Marable will be preparing two replies to responses to petition for review in No. 25-0444; Anna Dorsey, et al. v. Environmental Resources Management Southwest, Inc. and Pastor, Behling & Wheeler, LLC; In the Supreme Court of Texas, due to be filed on Wednesday, December 10, 2025.

8.      Mr. Marable is required to prepare responses to multiple pre-trial motions to exclude in Cause No. 2023-77730; Yumila Reyes Acosta and Olga Palencia v. ExxonMobil Pipeline Company LLC and Armando Gonzalez; In the 164th District Court of Harris County, Texas set for submission on Monday, December 16, 2025.

9.      Mr. Marable is required to file a response to motion for new trial in Cause No. 23DCCV0902; Walter Harris v. Ellen May and Allstate Fire and Casualty Insurance Company; in the 136th District Court of Jefferson County, Texas., which is scheduled for hearing on Wednesday, December 17, 2025.

10.    Mr. Marable has a previously planned vacation with his family from Wednesday, December 24, 2025, to Sunday, December 28, 2025.

11.    For these reasons, Appellees Ian Miramon and Caroline Miramon request that this Court grant the unopposed first motion for

extension of time to file Brief of Appellees to and including Thursday, January 8, 2026.

Respectfully submitted,

**RAMSEY LAW GROUP**
John C. Ramsey
State Bar No. 24027762
K. Grace Hooten
State Bar No. 24092980
Woodway Tower
6363 Woodway Drive, Suite 500
Houston, Texas 77057
Telephone: (713) 489-7577
Facsimile:  (888) 858-1452
john@ramseylawpc.com
grace@ramseylawpc.com
eservice@ramseylawpc.com

**RICK FREEMAN, P.C.**
Rick Freeman
State Bar No. 07428800
3660 Stoneridge Road, B-102
Austin, Texas 78746
Telephone: (512) 477-6111
Facsimile: (512) 473-2131
rick@freemanlaw.com

**PAUL WEBB, P.C.**
/s/    Vincent L. Marable III
Vincent L. Marable III
State Bar No. 12961600
221 N. Houston Street
Wharton, Texas 77488
Telephone: (979) 532-5331
Facsimile: (979) 532-2902
tripp@paulwebbpc.com

4

**ATTORNEYS FOR APPELLEES IAN MIRAMON AND CAROLINE MIRAMON**

**CERTIFICATE OF CONFERENCE**

Counsel for Appellees (Vincent L. Marable III) conferred with counsel for Appellant on December 2, 2025, concerning this requested extension of time. Appellant is unopposed to the requested extension of time.


/s/    Vincent L. Marable III
**VINCENT L. MARABLE III**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December, 2025, a true and correct copy of the above and foregoing was sent to all the attorneys of record, in accordance with the Texas Rules of Appellate Procedure.

<u>/s/    Vincent L. Marable III </u>
**VINCENT L. MARABLE III**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Vincent Marable III on behalf of Vincent Marable III
Bar No. 12961600
tripp@paulwebbpc.com
Envelope ID: 108633399
Filing Code Description: Motion
Filing Description: Appellees Ian and Caroline Miramon's First Unopposed Motion for Extension of Time to File Brief of Appellees
Status as of 12/2/2025 4:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicholas Scott | | nscott@wslawpc.com | 12/2/2025 4:34:20 PM | SENT |
| Brandon Waddell | | bwaddell@wslawpc.com | 12/2/2025 4:34:20 PM | SENT |
| Paula Reynolds | | preynolds@wslawpc.com | 12/2/2025 4:34:20 PM | SENT |
| Michelle Connrt | | mconner@wslawpc.com | 12/2/2025 4:34:20 PM | SENT |
| John Ramsey | | john@ramseylawpc.com | 12/2/2025 4:34:20 PM | SENT |
| Rick Freeman | | rick@rickfreemanlaw.com | 12/2/2025 4:34:20 PM | SENT |
| Vincent Marable | | tripp@paulwebbpc.com | 12/2/2025 4:34:20 PM | SENT |